ERNEST WERNER et al., Doing Business under the Firm Name of WERNER & BROWN, Respondents, *v.* RUTH N. HEINZE, Appellant, Impleaded with Another.

*Werner* v. *Heinze*, 158 App. Div. 933, affirmed.
(Submitted October 18, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1913, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action upon a promissory note and a dismissal of a counterclaim for money alleged to be due defendant appellant by reason of the wrongful sale by plaintiffs of

certain convertible bonds purchased by them for defendant appellant's account.

, *Ferdinand E. M. Bullowa* and *Emilie M. Bullowa* for appellant.

*Benjamin G. Paskus* and *Norman P. S. Schloss* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.